UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MADISON A. NEWELL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF NORTH TEXAS<br>HEALTH SCIENCE CENTER<br>WILLED BODY PROGRAM,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No. 4:22-cv-00938-O<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff's Notice of Withdrawal and Unopposed Motion to Dismiss Complaint (ECF No. 21), filed June 16, 2023. The Motion is hereby GRANTED. This lawsuit is hereby **DISMISSED with prejudice**.

**SO ORDERED** this **14th** day of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**