UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MADISON A. NEWELL, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | Civil Action No. 4:22-cv-00938-O |
| UNIVERSITY OF NORTH TEXAS § | |
| HEALTH SCIENCE CENTER § | |
| WILLED BODY PROGRAM, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** with prejudice.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** this **14th** day of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**